IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALBERT BURGESS BROWN, JR. ) | | |
| ) | | |
| Plaintiff, ) | | 8:13CV80 |
| ) | | |
| v. ) | | |
| ) | | |
| ) | | ORDER |
| COMMISSIONER OF SOCIAL ) | | |
| SECURITY, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

     This matter is before the Court on plaintiff's motion to amend summons (Filing No. 14). Inasmuch as the summonses in question have been returned executed, the Court finds that the motion should be denied as moot. Accordingly,

     IT IS ORDERED that plaintiff's motion to amend summons is denied as moot.

     DATED this 10th day of July, 2013.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court