IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

ALBERT BURGESS BROWN, JR.      )
                               )
               Plaintiff,      )        8:13CV80
                               )
          v.                   )
                               )
                               )        ORDER
COMMISSIONER OF SOCIAL         )
SECURITY,                      )
                               )
               Defendant.      )
_____)


          This matter is before the Court on the defendant's
request (Filing No. 22, at ¶ 1) to substitute "Carolyn W. Colvin,
Acting Commissioner of the Social Security Administration" as the
defendant.

          IT IS ORDERED that defendant's request is granted.
"Carolyn W. Colvin, Acting Commissioner of Social Security
Administration" shall be substituted as the proper defendant in
this action.

          DATED this 16th day of September, 2013.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court