IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ALBERT BURGESS BROWN, JR.    )
                             )
            Plaintiff,       )        8:13CV80
                             )
       v.                    )
                             )
CAROLYN W. COLVIN, Acting    )        ORDER
Commissioner of the Social   )
Security Administration,     )
                             )
            Defendant.       )
_____)
```

This matter is before the Court on plaintiff's objection to the Court's briefing schedule (Filing No. 28). Plaintiff's objection to its order will be denied. However, the parties will be given additional time to file their briefs.

Also before the Court is defendant's motion (Filing No. 24) to strike plaintiff's reply to the defendant's answer (Filing No. 23) with accompanying brief (Filing No. 27). The Court will make a determination regarding the plaintiff's reply to the answer in the final disposition of this matter. Accordingly,

IT IS ORDERED:

1) Plaintiff's objection to the scheduling order is denied.

2) Plaintiff shall have until November 1, 2013, to file his brief in support of his position.

      3) Defendant shall have until December 2, 2013, to file a brief in response thereto.

      DATED this 25th day of September, 2013.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court