IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ALBERT BURGESS BROWN, JR.    )
                             )
          Plaintiff,         )           8:13CV80
                             )
     v.                      )
                             )
CAROLYN W. COLVIN, Acting    )           ORDER
Commissioner of the Social   )
Security Administration,     )
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's motion for extension of time (Filing No. 37). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until December 16, 2013, to respond to plaintiff's brief.

DATED this 2nd day of December, 2013.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court